Wilfredo Gonzalez LORA,
Petitioner–Appellant,

v.

UNITED STATES DEPARTMENT OF JUSTICE, Immigration and Naturalization Service (INS), Respondent–Appellee.

No. 14–6576.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 21, 2014.

Decided: Aug. 26, 2014.

Wilfredo Gonzalez Lora, Appellant Pro Se. William Joseph Howard, Assistant United States Attorney, Washington, D.C.; David Moskowitz, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilfredo Gonzalez Lora appeals the district court's orders denying his Fed. R.Civ.P. 60(b)(4) motion and subsequent Motion to Alter or Amend the Records. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lora v. U.S. Dep't of Justice, Immigration & Naturalization Serv.*, No. 1:02–cv–01507–LMB (E.D.Va. filed & entered Feb. 11, 2014; filed Feb. 28 & entered Mar. 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*